IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY GOOD & ASSOCIATES, INC., <br> d/b/a P.I. MIDWEST <br> a Nebraska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAMS AND COMPANY <br> CONSULTING INC., <br> an Iowa Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 8:06CV280 <br><br><br> ORDER |

This matter is before the court on the parties' Joint Motion to Continue Report of Parties' Planning Conference (Filing No. 7). The parties seek a continuance of the deadline to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f) until thirty days after the court's ruling on the defendant's motion to dismiss (Filing No. 3) and the defendant files an answer. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion to Continue Report of Parties' Planning Conference (Filing No. 7) is granted as set forth herein.

2. The parties shall have **twenty (20) days** from the date the defendant files an answer in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 23rd day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge