IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY GOOD & ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV280 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAMS AND COMPANY CONSULTING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court its own motion. Both counsel for the plaintiff and the defendant have filed motions and briefs in this case without using the electronic case filing system. See Filing Nos. 3, 4, and 5. The Nebraska local rules are mandatory. All filings must be done in electronic form, and failure to do so can result in sanctions. See NEGenR 1.3.

Counsel are hereby ordered to re-file Filing Nos. 3, 4, and 5 as amended pleadings in this case using the court's electronic filing system. Counsel shall have seven days from the date of this order to so comply. Further, all future pleadings and documents shall be filed electronically.

IT IS SO ORDERED.

DATED this 23rd day of June, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge