IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY GOOD & ASSOCIATES, INC., D/B/A P.I. MIDWEST, A NEBRASKA CORPORATION, | No. 8:06-cv-280 |
| Plaintiff, | **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| WILLIAMS AND COMPANY CONSULTING, INC., AN IOWA CORPORATION | |
| Defendant. | |

COMES NOW Defendant Williams & Company Consulting, Inc. and for its Answer to Plaintiffs Complaint states as follows:

1.    Paragraph 1 is admitted.

2.    Paragraph 2 is admitted.

3.    Paragraph 3 is denied.

4.    Paragraph 4 is admitted.

5.    Paragraph 5 is denied for lack of sufficient information.

6.    Paragraph 6 is denied for lack of sufficient information.

7.    Paragraph 7 is admitted.

8.    In response to Paragraph 8, it is admitted that Williams and Company was provided with the Predictive Index System.  The remaining allegations are denied.

**KLASS LAW FIRM, L.L.P.**

9.     Paragraph 9 is denied.

10.     In response to Paragraph 10, it is admitted that the attached correspondence

was sent.  The remaining allegations are denied.

### FIRST CAUSE OF ACTION - BREACH OF CONTRACT

11.     Defendant incorporates the Answers in Paragraphs 1 through 10 inclusive in

response to paragraph 11.

12.     Paragraph 12 is denied.

13.     Paragraph 13 is denied.

14.     Paragraph 14 is denied.

15.     Paragraph 15 is denied.

### SECOND CAUSE OF ACTION - CONVERSION

16.     Defendant incorporates the Answers in Paragraphs 1 through 10 and

paragraphs 11 through 15 inclusive in response to paragraph 16.

17.     Paragraph 17 is denied.

18.     Paragraph 18 is denied.

### THIRD CAUSE OF ACTION - RICO

19 - 22.  Defendant does not answer paragraphs 19 - 22 as Plaintiff's Count III has

been dismissed by the Court.  Thus, no answer is required.

**KLASS LAW FIRM,
L.L.P.**

FOURH CAUSE OF ACTION - FOR AN ACCOUNTING

23.     Defendant incorporates the Answers in Paragraphs 1 through 10, paragraphs

11 through 15 inclusive and paragraphs 16 through 18 inclusive in response to paragraph 23.

24.     Paragraph 24 is denied.

WHEREFORE DEFENDANT respectfully prays for an Order dismissing Plaintiff's

Complaint and that costs be assessed against Plaintiff.

Respectfully submitted,

_____

Timothy A. Clausen    # 19680
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
712/252-1866
712/252-5822 fax
 clausen@klasslaw.com
WWW.KLASSLAW.COM

ATTORNEYS FOR DEFENDANT
WILLIAMS & COMPANY CONSULTING,
INC.

**KLASS LAW FIRM,
L.L.P.**

Copy to:

David E. Pavel
1190 Omaha Tower
2120 So. 72nd Street
Omaha, NE  68124

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing
instrument was served upon all parties to the
above cause to each of the attorneys of record
herein at their respective addresses disclosed
on the pleading on  January 29, 2007.
By: _____  U.S. Mail          _____ facsimile
    _____  Hand delivered      _____ Overnight courier
    _____ Other _____     X____ ECF

Signature S/ Timothy A. Clausen_____

**KLASS LAW FIRM, L.L.P.**

4