IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY GOOD & ASSOCIATES, INC., D/B/A P.I. MIDWEST, A NEBRASKA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS AND COMPANY CONSULTING, INC., AN IOWA CORPORATION<br><br>Defendant. | NO. 8:06-cv-280<br><br>**AFFIDAVIT OF TIMOTHY A. CLAUSEN IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE EVIDENCE AND WITNESSES PURSUANT TO RULE 37 (b) (1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

COMES NOW the undersigned Timothy A. Clausen, being duly sworn and under oath states:

1. I am the attorney for Williams and Company Consultng, Inc. I am competent to testify to the matters stated herein based on personal knowledge of this case.

2. The plaintiff has not served any of the mandatory disclosures on the Defendant as described in Fed.R.Civ.P. 26(a) (1) and as set forth in Paragraph 1 of the Order. (hereinafter the "Order").

KLASS LAW FIRM, L.L.P.

3. The plaintiff has not served the defendant the statement required by Fed.R.Civ.P. 26 (a)(2) as set forth in Paragraph 7 of the Order regarding expert witnesses.

4. The plaintiff has not served the defendant the lists of non-expert witnesses, and a list of trial exhibits as required by Paragraph 8 of the Order in any manner whatsoever.

5. The plaintiff has not complied with any aspect whatsoever of the Order regarding discovery disclosures filed in this case pursuant to Rule 26 (f).

6. The Defendant will suffer undue prejudice if the plaintiff is allowed to submit evidence through witness testimony and exhibits that have not been previously disclosed as required under the Order.

Further affiant sayeth not.

_____
Tim Clausen

SUBSCRIBED AND SWORN to before me this 4th day of January 2008.

_____
Notary Public