UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
DIVISION

| | |
|---|---|
| LARRY GOOD & ASSOCIATES, INC., D/B/A P.I. MIDWEST, A NEBRASKA CORPORATION,<br><br>Plaintiff,<br>vs.<br><br>WILLIAMS AND COMPANY CONSULTING, INC., AN IOWA CORPORATION<br><br>Defendant. | NO. 8:06-cv-280<br><br>**DEFENDANT'S TRIAL EXHIBIT LIST** |

COMES NOW Defendant Williams and Company and states:

The plaintiff has not served a list of Exhibits or any documents whatsoever pursuant to Rule 26 of the Federal Rules of Civil Procedure and has not identified any witnesses -- experts or lay, or even submitted a list of persons with relevant knowledge as required pursuant to FRCP 26. Therefore, the Defendant has filed a motion to preclude Plaintiff from offering any exhibits and witnesses. Plaintiff should be barred from offering exhibits and witnesses and assuming that Order is entered, the Defendant would not intend to offer exhibits.

Respectfully submitted,

Timothy A. Clausen
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
clausen@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax
ATTORNEYS FOR DEFENDANT

KLASS LAW FIRM, L.L.P.

Copy to:

David E. Pavel
1190 Omaha Tower
2120 So. 72nd Street
Omaha, NE  68124

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleading on __1/4_____, 2008
By: _✓_ U.S. Mail           ___ facsimile
    ___ Hand delivered      ___ Overnight courier
    ___ Other _____       ___ EFC

Signature _____

KLASS LAW FIRM, L.L.P.